# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TOSCANA SOUTH CONDOMINIUM ASSOCIATION INC.,**
Appellant,

v.

**TONEL ZEIGER** and **SANDRA ZEIGER,**
Appellees.

No. 4D23-512

[September 7, 2023]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 502020CF007352XXXMB.

Josef M. Fiala and Karen M. Nissen of Vernis & Bowling of Palm Beach, P.A., North Palm Beach, for appellant.

Brian M. Becher and Michael Kassower of Frank, Weinberg & Black, P.L., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***